JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| FISHER PRINTING, INC.,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ORANGE COUNTY REGISTER COMMUNICATIONS, INC.,<br><br>　　　　　　Defendant. | Case No. 8:15-CV-00800-JVS-SS<br><br>Hon. James V. Selna<br>Magistrate Judge Suzanne H. Segal<br><br>**JUDGMENT** |

Pursuant to this Court's October 19, 2015 Order granting Plaintiff Fisher Printing, Inc.'s Motion for Judgment on the Pleadings, and good cause appearing, IT IS HEREBY ORDERED AND ADJUDGED THAT:

JUDGMENT

| | |
|---|---|
| 1 | |
| 2 | JUDGMENT is entered in favor of Plaintiff Fisher Printing, Inc. and against Defendant Orange County Register Communications, Inc. in the amount of $642,220.92, consisting of $581,530.99 in principal and $60,689.93 in interest. |

Dated: October 29, 2015         By: _____
                                        United States District Judge,
                                        Central District of California

JUDGMENT